IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

BEST BUY CO., INC.,
a Foreign Profit Corporation,
d/b/a Best Buy,

    Defendant.
_____/

Civil Action File No.
1:21-cv-03032-MHC

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: December 15, 2021

By:   /s/ Terrell W. Benton, III                  /s/ Matthew N. Pope
       Terrell W. Benton, III, Esq.            Matthew N. Pope, Esq.
       Georgia Bar No. 053740               Georgia Bar No. 584216
       CBenton@hallboothsmith.com       matt@mpopelaw.com

| | |
|---|---|
| **HALL BOOTH SMITH, P.C.** | **MATTHEW N. POPE, P.C.** |
| 191 Peachtree Street, NE, Ste 2900 | 900 2nd Avenue |
| Atlanta, Georgia 30303 | Columbus, Georgia 31902 |
| Telephone: (404) 954-5000 | Tel.: (706) 324-2521 |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE